UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JULIE-ANNE DENTICI,
an individual,

      Plaintiff,

vs.                                        CASE NO: 2:17-cv-01160-TMP

J & B INVESTMENTS, LLC

      Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Julie-Anne Dentici, and Defendant, J &B Investments, LLC., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 28th day of August, 2017.

Edward I. Zwilling, Esq.         Joseph A. Fawal, Esq.
Schwartz Roller & Zwilling        Fawal & Spina
600 Vestavia Parkway, Suite 251  1330 21st Way South, Ste. 200
Birmingham, Alabama, 35216     Birmingham, AL 35242
Telephone: (205) 822-2701        Telephone: (205) 939-1330

| | |
|---|---|
| Facsimile:  (205) 822-2702<br>Email: ezwilling@szalaw.com | Facsimile: (205) 933-0101<br>Email: jfawal@fawalandspina.com |
| By: *s/ Edward I. Zwilling*<br>      Edward I. Zwilling | By:   *s/ Joseph A. Fawal*<br>        Joseph A. Fawal |