# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JULIE-ANNE DENTICI, | ) |
| Plaintiff, | ) |
| vs. | )  Case No. 2:17-cv-1160-TMP |
| J & B INVESTMENTS, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiff and defendant filed a joint stipulation to dismiss this action. (Doc. 6). Accordingly, all claims hereby are DISMISSED WITH PREJUDICE as set forth therein, and each party shall bear his or its own costs, except as otherwise agreed between the parties.

**DONE** and **ORDERED** on August 29, 2017.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE